ACCEPTED
14-15-00257-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 3:18:29 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00257-CR

IN THE COURT OF APPEALS

FOR THE FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 3:18:29 PM
CHRISTOPHER A. PRINE
Clerk

JONATHAN YOUNG,
 Appellant

vs.

THE STATE OF TEXAS, Appellee

§
§
§
§
§
§
§
§
§

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

ON APPEAL FROM CAUSE NO. 1421419

IN THE 183rd   DISTRICT COURT OF HARRIS COUNTY, TEXAS

Thomas J. Lewis
State Bar No. 12308540
1601 Washington Ave.
Houston, Texas 77007
Phone: (713) 256-6779
Fax:     (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:


COMES NOW JONATHAN YOUNG, APPELLANT, and moves the Court to extend the time for filing a brief herein, and in support thereof would show as follows:

I.

Appellant was convicted of the offense of delivery of a controlled substance in an amount greater than 400 grams and sentenced on March 6, 2015 to a term of 30 years in prison.

II.

The brief herein is due on August 5, 2015. Appellant's counsel is a sole practitioner and is currently preparing briefs on three other cases. Appellant's counsel has just completed a brief in a capital murder case, Tyran Riley v. State, 14-14-00081-CR, filed on this date.

III.

Appellant counsel requests an extension of 35 days, making the brief due on September 9, 2015, so the Appellant may receive effective assistance of counsel.


WHEREFORE, PREMISES CONSIDERED, Defendant prays this Court to grant this Motion and extend the time for the filing of a brief herein.

Respectfully submitted,

_____
Thomas J. Lewis
State Bar No. 12308540
1602 Washington Ave.
Houston, Texas 77007
Phone:       (713) 256-6779
Fax:         (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I the undersigned attorney certify that a true copy of the foregoing was served on the District Attorney of Harris County, Texas, by e-mail delivery to Curry_Alan@dao.hctx.net on this the 6th day of August, 2015.

_____

Thomas J. Lewis